**95–2561.** Clermont Cty. ADAMH Boards v. Hogan. *Clermont County,* Nos. CA94–09–074, CA94–10–079, CA94–10–080 and CA94–10–082. On discretionary appeal and cross-appeal. Appeals allowed.

RESNICK and PFEIFER, JJ., dissent.

**95–2635.** McClosky v. Regal Mining, Inc. *Carroll County,* No. 650.

MOYER, C.J., dissents.

**95–2649.** Columbus v. Fabrizio. *Franklin County,* No. 95APC06–705. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

STRATTON, J., not participating.

**96–59.** Olander v. Nationwide Mut. Ins. Co. *Franklin County,* No. 95APE03–272. *Sua sponte,* cause held for the decision in 94–2569, *Cole v. Holland,* Summit County, No. 16703; briefing schedule stayed.

PFEIFER, J., dissents.

**96–73.** Snyder v. Nationwide Mut. Ins. Co. *Stark County,* No. 1995CA00146. *Sua sponte,* cause held for the decision in 94–2569, *supra;* briefing schedule stayed.

RESNICK, J., would allow on Proposition of Law No. I only.

PFEIFER, J., dissents.

**96–101.** Nottingham v. Allstate Ins. Co. *Stark County,* No. 1995CA00068. *Sua sponte,* cause held for the decision in 94–2569, *supra;* briefing schedule stayed.

PFEIFER, J., dissents.